UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WASHINGTON AVENUE APARTMENTS, LLC | CIVIL ACTION |
| VERSUS | NO: 24-70 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO BINDING AUTHORITY B60451056822021, ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Voluntary Motion to Dismiss* **(Rec. Doc. 5)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and all claims in the above-captioned matter are hereby **DISMISSED, with prejudice**, and with each party to bear their own costs.

New Orleans, Louisiana, this 19th day of March, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE